# EX. B

US007564705B2

(12) **United States Patent**
**Yang**

(10) **Patent No.:** **US 7,564,705 B2**
(45) **Date of Patent:** ***Jul. 21, 2009**

(54) **SYNCHRONOUS RECTIFICATION CIRCUIT FOR POWER CONVERTERS**

(75) Inventor: **Ta-Yung Yang**, Taoyuan County (TW)

(73) Assignee: **System General Corp.**, Taipei Hsien (TW)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/208,594**

(22) Filed: **Sep. 11, 2008**

(65) **Prior Publication Data**

US 2009/0003019 A1 Jan. 1, 2009

**Related U.S. Application Data**

(63) Continuation of application No. 11/464,078, filed on Aug. 11, 2006, now Pat. No. 7,440,298.

(51) **Int. Cl.**
*H02M 7/217* (2006.01)

(52) **U.S. Cl.** ........................................ **363/89**; 363/127

(58) **Field of Classification Search** .................. 363/89, 363/127

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,995,991 B1 * 2/2006 Yang et al. ............... 363/21.14
7,440,298 B2 * 10/2008 Yang ........................... 363/89
2008/0037302 A1 * 2/2008 Yang .......................... 363/127
2009/0003019 A1 * 1/2009 Yang ....................... 363/21.06

* cited by examiner

*Primary Examiner*—Jeffrey L Sterrett
(74) *Attorney, Agent, or Firm*—J.C. Patents

(57) **ABSTRACT**

A synchronous rectification circuit for power converters operable under fixed and/or variable frequencies where no current sense circuit or phase-lock circuit are needed is provided. It has a power switch coupled to a transformer for the rectification. A signal-generation circuit is used for generating a control signal in response to a magnetized voltage of the transformer, a demagnetized voltage of the transformer, and a magnetization period of the transformer. The control signal is coupled to turn on the power switch. The enable period of the control signal is correlated to a demagnetization period of the transformer.

**11 Claims, 5 Drawing Sheets**






FIG. 1 (PRIOR ART)




FIG. 2A




FIG. 2B


10
$N_S$
$N_P$
$V_E$
$V_S$
30
$V_0$
25
15
20
60
50
55
$S_1$
OUT
$S_2$
GND
100
Switch-control circuit

FIG. 3


110
115
$V_R$
100
150
200
101
$S_2$
120
125
$V_B$
Voltage-To-Current Conversion Circuit
$I_3$
$I_2$
Signal-Generation circuit
$S_W$
OUT
102
$S_1$
$V_A$
Voltage-To-Current Conversion Circuit
$I_1$
$S_{ON}$
140
180

FIG. 4



$V_{cc}$
140
145
146
$V_A$
$I_1$
141
143
142


FIG. 5



$V_{cc}$
150
156
155
$I_2$
$I_3$
$V_B$
153
151
157
158
159
152


FIG. 6



200
$S_{ON}$
$V_{cc}$
$I_1$
$I_3$
210
$V_C$
220
215
$I_2$
$V_{R2}$
240
241
250
$S_W$
231
$V_{R1}$
230
232


FIG. 7



$S_{ON}$
$I_D$
$V_C$
$V_{R2}$
$V_{R1}$
$S_W$


FIG. 8

# SYNCHRONOUS RECTIFICATION CIRCUIT FOR POWER CONVERTERS

## CROSS-REFERENCE TO RELATED APPLICATION

This is a continuation application of patent application Ser. No. 11/464,078, filed on Aug. 11, 2006, which is now allowed. The entirety of the above-mentioned patent application is hereby incorporated by reference herein and made a part of this specification.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to power converter, and more specifically relates to a control circuit of switching power converter.

2. Description of Related Art

FIG. **1** shows a traditional power converter with a synchronous rectifier, for improving the efficiency of power conversion. A magnetic device such as a transformer **10** includes a primary winding $N_P$ and a secondary winding $N_S$. A switch **15** is connected to the primary winding $N_P$ for switching the transformer **10** and for regulating the output of the power converter. The secondary winding $N_S$ is coupled to the output of the power converter through a power switch **20** and a capacitor **30**. The power switch **20** and its body diode **25** are operated as the synchronous rectifier. A voltage $V_E$ is applied to the primary winding $N_P$ in response to the turning-on of the switch **15** during the magnetization period. Therefore, a charge current $I_C$ is generated in accordance with the voltage $V_E$ and inductance of the primary winding $N_P$. Meanwhile, a magnetized voltage $V_S$ is produced at the secondary winding $N_S$. Once the switch **15** is turned off, the energy of the transformer **10** is delivered to the output of the power converter through the secondary winding $N_S$ and the power switch **20**. A demagnetized voltage (the output voltage $V_O$) is thus applied to the secondary winding $N_S$ during the demagnetization period. A discharge current $I_D$ is generated according to the demagnetized voltage and the inductance of the secondary winding $N_S$.

$$I_C = \frac{V_E}{L_P} \times T_{CHARGE} \quad (1)$$

$$I_D = \frac{V_O}{L_S} \times T_{DISCHARGE} \quad (2)$$

where $L_P$ and $L_S$ are the inductances of the primary winding $N_P$ and the secondary winding $N_S$ of the transformer **10**, respectively. $T_{CHARGE}$ is the magnetization period; and $T_{DISCHARGE}$ is the demagnetization period.

In continuous current mode (CCM) operation, the switch **15** is turned on before the transformer **10** is completely demagnetized. Under the discontinuous current mode (DCM), the energy in the transformer **10** is fully demagnetized before the start of the next switching cycle. FIGS. **2**A and **2**B show the waveforms of the DCM and CCM, respectively. If the power switch **20** is not turned off after the transformer **10** is fully demagnetized, a reverse current will be flowed to the power switch **20** to discharge the capacitor **30**. This reverse current decreases the efficiency of the power converter. In order to avoid the reverse current, a conventional method had been proposed for the synchronous rectification, such as in "PWM controller for synchronous rectifier of flyback power converter" by Yang et al., U.S. Pat. No. 6,995,991. A resistor **40** and its control circuit **45** are used to turn off the power switch **20** once the discharge current $I_D$ is lower than a threshold value. Furthermore, a phase-lock circuit is equipped to turn off the power switch **20** before the start of the next switching cycle during the CCM operation. Nevertheless, the current detection and the phase-lock circuit produce power losses and add complexity to the system. Furthermore, a wide variable frequency system, such as a resonant power converter, causes problems for phase locking.



## SUMMARY OF THE INVENTION

The present invention provides a synchronous rectification circuit that is applicable for use in power converters operating under fixed frequency and/or variable frequency. No current sense circuit or phase-lock circuit is needed. The synchronous rectification circuit comprises a power switch coupled to a transformer (a magnetic device) for the rectification. A signal-generation circuit is used for generating a control signal in response to a magnetized voltage of the transformer, a demagnetized voltage of the transformer, and a magnetization period of the transformer. The control signal is coupled to turning on the power switch. The enable period of the control signal is correlated to a demagnetization period of the transformer. Furthermore, the control signal is increased in response to the increase of the magnetized voltage. The control signal is decreased in response to the decrease of the magnetization period of the transformer. Besides, the control signal is decreased in response to the increase of the demagnetized voltage.

## BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings are included to provide further understanding of the invention, and are incorporated into and constitute a part of this specification. The drawings illustrate embodiments of the invention and, together with the description, serve to explain the principles of the invention.

FIG. **1** shows a traditional power converter with synchronous rectifier.

FIGS. **2**A and **2**B show the waveforms of the DCM and CCM, respectively.

FIG. **3** shows a power converter including a synchronous rectification circuit in accordance with an embodiment of the present invention.

FIG. **4** shows a switching-control circuit according to the embodiment of the present invention.

FIGS. **5** and **6** show the schematics of a plurality of voltage-to-current conversion circuits according to the embodiment of the present invention.

FIG. **7** shows a signal-generation circuit according to the embodiment of the present invention.

FIG. **8** shows a plurality of waveforms of the synchronous rectification circuit in accordance with the embodiment of the present invention.

## DESCRIPTION OF THE EMBODIMENTS

FIG. **3** shows a switching power converter comprising a synchronous rectification circuit in accordance with an embodiment of the present invention that is applicable for use in power converters operating under fixed frequency and/or variable frequency. No current sense circuits or phase-lock circuits are needed. The power switch **20** is coupled to the transformer **10** (the magnetic device) for the rectification. A switching-control circuit **100** is used for generating a control

signal $S_W$ in response to a magnetized voltage $V_S$, a demagnetized voltage, and a magnetization period of the transformer **10**. The control signal $S_W$ is coupled to turn on the power switch **20**. The enable period of the control signal $S_W$ is correlated to a demagnetization period of the transformer.

When the switch **15** is turned on, a voltage $V_{DS}$ is produced in between the secondary winding $N_S$ and the power switch **20**. The voltage $V_{DS}$ is related to the magnetized voltage ($V_S$) of the transformer **10**.

$$V_S = V_{DS} - V_O \tag{3}$$

When the switch **15** is turned off, the output voltage $V_O$ is applied to the secondary winding $N_S$ for the demagnetization. The output voltage $V_O$ is thus correlated to the demagnetized voltage of the transformer **10**. An input terminal $S_1$ of the switching-control circuit **100** is coupled to detect the voltage $V_{DS}$ through a plurality of resistors **50** and **55**. A diode **60** is farther coupled to the secondary winding $N_S$ to speed up the detection of the voltage $V_{DS}$. Another input terminal S2 is coupled to the output of the power converter for receiving the output voltage $V_O$.

The magnetization flux $\Phi_C$ of the transformer is equal to the demagnetization flux $\Phi_D$. The equality is shown as,

$$\Phi_C = \Phi_D \tag{4}$$

$$\Phi = B \times Ae = \frac{V \times T}{N} \tag{5}$$

$$\frac{V_E}{N_P} \times T_{CHARGE} = \frac{V_O}{N_S} \times T_{DISCHARGE} \tag{6}$$

$$V_E \times T_{CHARGE} = \frac{N_P}{N_S} \times V_O \times T_{DISCHARGE} \tag{7}$$

$$V_E = \frac{N_P}{N_S} \times V_S \tag{8}$$

where B is the flux density, Ae is the cross-section area of the transformer, T is the magnetization period ($T_{CHARGE}$) or the demagnetization period ($T_{DISCCHARGE}$) of the transformer, and N is the number of winding turns of the transformer.

The demagnetization period ($T_{DISCHARGE}$) of the transformer **10** can be obtained in accordance with equations (7) and (8).

$$T_{DISCHARGE} = \frac{V_S}{V_O} \times T_{CHARGE} \tag{9}$$

The equation (9) shows that the demagnetization period ($T_{DISCHARGE}$) can be predicted in accordance with the magnetized voltage $V_S$, the demagnetized voltage $V_O$, and the magnetization period ($T_{CHARGE}$). According to the equations (3) and (9), the demagnetization period ($T_{DISCHARGE}$) can be rewritten as the following:

$$T_{DISCHARGE} = \frac{(V_{DS} - V_O)}{V_O} \times T_{CHARGE} \tag{10}$$

The enable period of the control signal $S_W$ is generated in accordance with the demagnetization period ($T_{DISCHARGE}$) of the transformer **10**. Therefore, the enable period of the control signal $S_W$ is increased in response to the increase of the magnetized voltage $V_S$. The enable period of the control signal $S_W$ is decreased in response to the decrease of the magnetization period ($T_{CHARGE}$) of the transformer **10**. Besides, the enable period of the control signal $S_W$ is decreased in response to the increase of the demagnetized voltage $V_O$.

FIG. **4** shows the switching-control circuit **100** according to an embodiment of the present invention. An input circuit includes a plurality of operational amplifiers **110**, **120**, diodes **115**, **125**, voltage-to-current conversion circuits **140**, **150**, resistive devices **101**, **102**, and a hysterias-buffer circuit **180**. The operational amplifier **110** and the diode **115** form a first unit-gain buffer supplied by the reference signal $V_R$. The operational amplifier **120** and the diode **125** form a second unit-gain buffer coupled to the input terminal $S_2$ through the resistive devices **101** and **102**. The output of the first unit-gain buffer and the output of the second unit-gain buffer are tied together to generate the signal $V_B$. The reference signal $V_R$ clamps the minimum value of the signal $V_B$. The signal $V_B$ is connected to the voltage-to-current conversion circuit **150** to generate a second signal $I_2$, and a third signal $I_3$ in response to the output voltage $V_O$. The minimum value of the second signal $I_2$ is clamped to a limit value. The input terminal $S_1$ produces a voltage signal $V_A$ that is connected to the voltage-to-current conversion circuit **140** to generate a first signal $I_1$ in response to the voltage $V_{DS}$. Furthermore, the hysterias-buffer circuit **180** is coupled to the input terminal $S_1$ to generate a switching signal $S_{ON}$ in response to the magnetization period of the transformer **10**. The first signal $I_1$, the second signal $I_2$, the third signal $I_3$, and the switching signal $S_{ON}$ are coupled to the signal-generation circuit **200** to generate the control signal $S_W$.

FIGS. **5** and **6** show the voltage-to-current conversion circuits **140** and **150** according to the embodiment of the present invention, respectively. The voltage $V_A$ is connected to an operational amplifier **141**. The operational amplifier **141** is connected to a transistor **143** and a resistor **142** for generating a current $I_{143}$ in response to the voltage $V_A$. The current $I_{143}$ is connected to a plurality of transistors **145** and **146** to generate the first signal $I_1$. The voltage $V_B$ is connected to an operational amplifier **151**. The operational amplifier **151** is connected to a transistor **153** and a resistor **152** for generating a current $I_{153}$ in response to the voltage $V_B$. The current $I_{153}$ is connected to a plurality of transistors **155** and **156** to generate a current $I_{156}$. The current $I_{156}$ is further connected to a plurality of transistors **157**, **158** and **159** for generating the second signal $I_2$ and the third signal $I_3$. Therefore the first current $I_1$ is generated in accordance with the voltage $V_A$. The second signal $I_2$ and the third signal $I_3$ are generated in accordance with the voltage $V_B$.

FIG. **7** shows the signal-generation circuit **200**. A capacitor **220** is utilized to determine the period of the control signal $S_W$. A first switch **210** is coupled in between the first signal $I_1$ and the capacitor **220**. A second switch **215** is coupled in between the second signal $I_2$ and the capacitor **220**. A first comparator **230** is coupled to the capacitor **220** for generating a first-control signal at the output of the first comparator **230** once the voltage of the capacitor **220** is higher than a first reference voltage $V_{R1}$. An output circuit formed by an inverter **231** and an AND gate **232** is coupled to generate a first discharge signal at the output of the AND gate **232** in response to the enabling of the first-control signal and the disabling of the switching signal $S_{ON}$. The switching signal $S_{ON}$ is further coupled to control the first switch **210**. The first switch **210** is turned on in response to the enabling of the switching signal $S_{ON}$. The first discharge signal is coupled to control the sec-

ond switch **215**. The second switch **215** is turned on in response to the enabling of the first discharge signal. The first signal $I_1$ is used for charging the capacitor **220**. The second signal $I_2$ is utilized for discharging the capacitor **220**. The third signal $I_3$ is further coupled to the first signal $I_1$ to decrease the value of the first signal $I_1$.

The voltage $V_{DS}$ determines the first signal $I_1$. The first signal $I_1$ can be expressed as,

$$I_1 = k1 \times \frac{V_{DS}}{R_{142}} \tag{11}$$

The output voltage $V_O$ determines the second signal $I_2$ and the third signal $I_3$ as the following:

$$I_2 = k2 \times \frac{V_O}{R_{152}} \tag{12}$$

$$I_3 = k3 \times \frac{V_O}{R_{152}} \tag{13}$$

The voltage on the capacitor **220** can be expressed as,

$$V_C = \frac{I_1 - I_3}{C} \times T_{ON} = \frac{\frac{k1 \times V_{DS}}{R_{142}} - \frac{k1 \times V_O}{R_{152}}}{C} \times T_{ON} \tag{14}$$

where k**1**, k**2** and k**3** are constants such as the ratio of resistive devices and/or the gain of current mirror, C is the capacitance of the capacitor **220**, $T_{ON}$ is enable time of the switching signal $S_{ON}$ (the charge time of the capacitor **220**), $R_{142}$ is the resistance of the resistor **142**, and $R_{152}$ is resistance of the resistor **152**. The discharge time $T_{OFF}$ of the capacitor **250** is given by,

$$T_{OFF} = \frac{C \times V_C}{I_2} = \frac{C \times V_C}{k2 \times \frac{V_O}{R_{152}}} \tag{15}$$

By properly selecting k**1**, k**2**, k**3**, $R_{142}$, and $R_{152}$, the discharge time $T_{OFF}$ of the capacitor **250**, can be rewritten according to equations (14) and (15):

$$T_{OFF} = K \times \frac{V_{DS} - V_O}{V_O} \times T_{ON} \tag{16}$$

The discharge time $T_{OFF}$ of the capacitor **250** is therefore corresponded to the demagnetization period $T_{DISCHARGE}$ of the transformer **10**.

$$T_{DISCHARGE} = K \times \frac{V_S}{V_O} \times T_{CHARGE} \tag{17}$$

where K is a constant.

A second comparator **240** is coupled to the capacitor **220** to generate a second control signal at the output of the second comparator **240** once the voltage of the capacitor **220** is higher than a second reference voltage $V_{R2}$. Another output circuit formed by an inverter **241** and an AND gate **250** is coupled to generate a second discharge signal at the output of the AND gate **250** in response to the enabling of the second-control signal and the disabling of the switching signal $S_{ON}$. The control signal $S_W$ can be generated in accordance with the first discharge signal or the second discharge signal. The second discharge signal is utilized to generate the control signal $S_W$ in this embodiment. The second reference voltage $V_{R2}$ is higher than the first reference voltage $V_{R1}$. Therefore, the control signal $S_W$ is disabled and the power switch **20** is turned off before the magnetizing of the transformer **10**.

Referring to equation (16) and the waveforms of the synchronous rectification circuit of FIG. **8**, the period of the control signal $S_W$ is controlled by the discharge time $T_{OFF}$ of the capacitor **250** (the voltage $V_C$). The period of the control signal $S_W$ is decreased in response to the decrease of the charge time $T_{ON}$ of the capacitor **250**. The period of the control signal $S_W$ is increased in response to the decrease of the output voltage $V_O$. The charge time $T_{ON}$ is controlled by the enable time of the switching signal $S_{ON}$ which is correlated to the magnetization period ($T_{CHARGE}$).

It will be apparent to those skilled in the art that various modifications and variations can be made to the structure of the present invention without departing from the scope or spirit of the invention. In view of the foregoing, it is intended that the present invention covers modifications and variations of this invention provided they fall within the scope of the following claims and their equivalents.

What is claimed is:

**1**. A synchronous rectification circuit for a power converter, comprising:

a power switch, coupled to a magnetic device for rectification; and

a switching-control circuit, generating a control signal in response to a magnetized voltage of the magnetic device and a demagnetized voltage of the magnetic device,

wherein the control signal is coupled to control the power switch to determine a demagnetization period of the magnetic device.

**2**. The synchronous rectification circuit as claimed in claim **1**, wherein a magnetization period of the magnetic device is utilized to determine an enable period of the control signal.

**3**. The synchronous rectification circuit as claimed in claim **1**, wherein an enable period of the control signal is increased in response to the increase of the magnetized voltage.

**4**. The synchronous rectification circuit as claimed in claim **1**, wherein an enable period of the control signal is decreased in response to the decrease of a magnetization period of the magnetic device.

**5**. The synchronous rectification circuit as claimed in claim **1**, wherein an enable period of the control signal is decreased in response to the increase of the demagnetized voltage.

**6**. The synchronous rectification circuit as claimed in claim **1**, wherein the switching-control circuit, comprising:

an input circuit, generating a first signal, a second signal, a third signal and a switching signal; and

a signal-generation circuit, coupled to the input circuit to generate the control signal,

wherein the first signal is correlated to a voltage of the magnetic device, the second signal and the third signal are correlated to an output voltage of the power converter, and the switching signal is generated in response to a magnetization period of the magnetic device.

**7**. The synchronous rectification circuit as claimed in claim **6**, wherein a minimum value of the second signal is clamped to a limit value.

**8**. The synchronous rectification circuit as claimed in claim **6**, wherein the signal-generation circuit, comprising:

a capacitor;

a first switch, coupled in between the first signal and the capacitor;

a second switch, coupled in between the second signal and the capacitor;

a first comparator, coupled to the capacitor to generate a first-control signal once the voltage of the capacitor is higher than a first reference voltage; and

an output circuit, coupled to generate a first discharge signal in response to the enabling of the first-control signal and the disabling of the switching signal,



wherein the first switch is turned on in response to the enabling of the switching signal, the second switch is turned on in response to the enabling of the first discharge signal, wherein the first signal is used for charging the capacitor, the second signal is utilized to discharge the capacitor, and the third signal is further coupled to the first signal to decrease the value of the first signal.

**9**. The synchronous rectification circuit as claimed in claim **8**, wherein the signal-generation circuit, further comprising:

a second comparator, coupled to the capacitor to generate a second control signal once the voltage of the capacitor is higher than a second reference voltage, wherein the control signal is generated in accordance with the first discharge signal or a second discharge signal.

**10**. The synchronous rectification circuit as claimed in claim **1**, wherein the power switch is turned off before magnetizing of the magnetic device.

**11**. The synchronous rectification circuit as claimed in claim **1**, wherein the magnetic device is a transformer.

* * * * *