AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| ON SEMICONDUCTOR CORPORATION, et al., | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) ) | Civil Action No. 1 7 - 2 4 7 |
| POWER INTEGRATIONS, INC., | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Power Integrations, Inc.
> c/o Incorporating Services, Ltd. (registered agent)
> 3500 South DuPont Highway
> Dover, DE  19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> John G. Day
> Ashby & Geddes
> 500 Delaware Avenue, 8th Floor
> P.O. Box 1150
> Wilmington, DE  19899

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  _____03/09/2017_____          _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-247

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Power Integrations, Inc.

was received by me on *(date)*        03/10/2017        .

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Tamara Aytch @ 11:38 a.m.                        , who is

designated by law to accept service of process on behalf of *(name of organization)*  Incorporating Services, Ltd.,

3500 S. DuPont Highway, Dover, DE 19901        on *(date)*      03/10/2017      ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     03/10/2017

_____
Server's signature

Tina Irizarry-Process Server
*Printed name and title*

1111B S. Governors Ave.
Dover, DE 19904
*Server's address*

Additional information regarding attempted service, etc:

Descripition of person accepting service: African American female, approximately 5'8", 190 lbs, 40-45 years of age with black hair.