IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ON SEMICONDUCTOR CORPORATION and SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 17-247-LPS-CJB |
| POWER INTEGRATIONS, INC., | ) ) | |
| Defendant. | ) | |

## POWER INTEGRATIONS, INC.'S
## MOTION TO DISMISS UNDER RULES 12(B)(1) AND 12(B)(6)

Defendant Power Integrations, Inc. respectfully moves to dismiss the complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The grounds for this motion are fully set forth in defendant's opening brief.

WHEREFORE, defendant respectfully requests that the Court grant this motion and dismiss the complaint in its entirety.

*/s/ Andrew E. Russell*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
*Attorneys for Defendant*

Dated: May 1, 2017