IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ON SEMICONDUCTOR CORPORATION ) <br> and SEMICONDUCTOR COMPONENTS ) <br> INDUSTRIES, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> POWER INTEGRATIONS, INC., ) <br> ) <br> Defendant. ) | C.A. No. 17-247-LPS |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to Paragraph 12 of the Court's Scheduling Order (D.I. 23), the parties submit their Joint Claim Construction Chart, which provides each party's proposed constructions of the disputed claim terms with citations to the intrinsic evidence that support those constructions, as Exhibit A. The parties agree no other terms in the asserted claims require construction at this time.

The parties disagree whether the stay of discovery regarding the '876 patent applies to issues of claim construction. In any event, to the extent there is a disagreement with respect to the construction of terms in the '876 patent claims, it is Power Integrations position that the Court's previous constructions of those terms in the prior litigation between PI and ON's wholly-owned subsidiary Fairchild should be applied in this case. It is ON Semiconductor's position that the stay entered in this action as to the '876 patent on November 1, 2017 and March 1, 2008 applies to all proceedings involving the '876 patent, including claim construction proceedings. Is also ON Semiconductor's position that any claim construction on the '876 patent in this lawsuit should be conducted according to the Court's usual claim construction procedures and that ON Semiconductor should be provided an opportunity to participate in claim construction on

the '876 patent, considering that ON Semiconductor was not a party to previous litigation involving the '876 patent.

Also attached are copies of the following documents:

>Exhibit B - U.S. Patent No. 7,440,298
>
>Exhibit C - U.S. Patent No. 7,564,705
>
>Exhibit D - U.S. Patent No. 7,800,923
>
>Exhibit E - U.S. Patent No. 7,796,407
>
>Exhibit F - U.S. Patent No. 9,077,258
>
>Exhibit G - U.S. Patent No. 7,102,211
>
>Exhibit H - U.S. Patent No. 6,107,851
>
>Exhibit I - U.S. Patent No. 6,229,366
>
>Exhibit J - U.S. Patent No. 6,337,788
>
>Exhibit K - U.S. Patent No. 6,456,475
>
>Exhibit L - Excerpts from the intrinsic record for U.S. Patent No. 9,077,258
>
>Exhibit M - Excerpts from the intrinsic record for U.S. Patent No. 6,107,851
>
>Exhibit N - Excerpts from the intrinsic record for U.S. Patent No. 6,229,366
>
>Exhibit O - Excerpts from the intrinsic record for U.S. Patent No. 6,337,788 and U.S. Patent No. 6,456,475
>
>Exhibit P - Excerpts from the intrinsic record for U.S. Patent No. 7,102,211

|  |  |
|---|---|
| | ASHBY & GEDDES |
| | */s/ John G. Day* |
| *Of Counsel:* | John G. Day (#2403) |
| | Andrew C. Mayo (#5207) |
| Roger Fulghum | 500 Delaware Avenue, 8th Floor |
| BAKER BOTTS L.L.P. | P.O. Box 1150 |
| One Shell Plaza | Wilmington, DE  19899 |
| 910 Louisiana Street | (302) 654-1888 |
| Houston, TX  77002-4995 | jday@ashbygeddes.com |
| (713) 229-1707 | amayo@ashbygeddes.com |
| | |
| Colette Reiner Mayer | *Attorneys for Plaintiffs* |
| MORRISON & FOERSTER LLP | |
| 755 Page Mill Road | |
| Palo Alto, CA  94304-1018 | |
| (650) 813-5600 | |

Dated:  April 16, 2018