

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

<u>VIA ECF</u>

**Warren K. Mabey, Jr.**
Principal
mabey@fr.com
302 778 8456 direct

May 22, 2018

The Honorable Leonard P. Stark
United States District Court
844 King Street
Wilmington, DE 19801

Re: ON Semiconductor Corporation, et al. v. Power Integrations, Inc.
D. Del., C.A. No. 17-247-LPS

Dear Judge Stark:

Pursuant to the Scheduling Order (D.I. 23, ¶ 11), enclosed please find a DVD containing Power Integrations' Technology Tutorial describing the technology and matters at issue.

If the Court experiences any difficulty in viewing the Tutorial, please let us know, and we will be happy to assist.

Respectfully submitted,

*Warren K. Mabey, Jr.*

Warren K. Mabey, Jr.

WKM/jrm

Enclosure

80175340.doc

fr.com