# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 22, 2018

The Honorable Leonard P. Stark     VIA HAND DELIVERY
United States District Court     and ELECTRONIC FILING
844 N. King Street
Wilmington, DE  19801

     Re:    *ON Semiconductor Corporation et al. v. Power Integrations, Inc.*,
            C.A. No. 17-247-LPS-CJB

Dear Chief Judge Stark:

     Pursuant to paragraph 11 of the Scheduling Order in the above-referenced matter, enclosed please find two copies of a DVD containing Plaintiffs' technology tutorial, along with two pdf versions of the presentation for the Court's convenience.  If the Court experiences any difficulties in viewing this presentation, please let us know and we will be happy to assist.

                                      Respectfully,

                                        */s/ John G. Day*

                                        John G. Day (#5207)

JGD/nml
Enclosures

cc:     All Counsel of Record (via electronic mail)