IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ON SEMICONDUCTOR CORPORATION and SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>POWER INTEGRATIONS, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 17-247-LPS<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION AND PROPOSED ORDER**

WHEREAS, plaintiffs ON Semiconductor Corporation and Semiconductor Components Industries, LLC (collectively, "ON") filed a joint letter to the Court regarding a discovery dispute, (D.I. 139);

WHEREAS, a teleconference regarding the dispute is set for February 14, 2019 at 11:45 a.m., (D.I. 150);

WHEREAS, ON filed an opening discovery dispute letter on February 6, 2019, (D.I. 151);

WHEREAS, defendant Power Integrations, Inc.'s ("PI") response to ON's discovery dispute letter is currently due February 11, 2019, (D.I. 152);

WHEREAS, the parties believe that they may be able to resolve the pending dispute by agreement;

NOW THEREFORE, the parties hereby stipulate and agree, subject to approval of the Court, that PI's time to submit any response to plaintiffs' opening discovery dispute letter, if necessary, is extended through and including February 12, 2019.

| | |
|---|---|
| */s/ John G. Day* | */s/ Andrew E. Russell* |
| John G. Day (No. 2403) | John W. Shaw (No. 3362) |
| Andrew C. Mayo (No. 5207) | Andrew E. Russell (No. 5382) |
| ASHBY & GEDDES, P.A. | SHAW KELLER LLP |
| 500 Delaware Avenue, 8th Floor | I.M. Pei Building |
| P.O. Box 1150 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 654-1888 | (302) 298-0700 |
| jday@ashby-geddes.com | jshaw@shawkeller.com |
| amayo@ashby-geddes.com | arussell@shawkeller.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

Dated: February 11, 2019

      SO ORDERED this _____ day of_____, 2019.

                                    _____
                                    Chief United States District Judge