# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ON SEMICONDUCTOR CORPORATION and SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>POWER INTEGRATIONS, INC.,<br><br>　　　　Defendant. | C.A. No. 17-247-LPS-CJB |

## STIPULATION AND PROPOSED ORDER REGARDING
## EXTENSION OF CERTAIN CASE DEADLINES

　　　　The parties hereby stipulate and agree, subject to the Court's approval, that the deadlines for certain case events regarding fact and expert discovery and case dispositive motions as previously ordered by the Court are amended as follows:

| Event | Previous Deadline | Amended Deadline |
|---|---|---|
| Completion of depositions and follow-up discovery arising from disclosures after the February 5, 2019 fact discovery cutoff[1] | February 5, 2019 | April 2, 2019 |
| Opening Expert Reports | March 11, 2019 | April 12, 2019 |
| Rebuttal Expert Reports | April 22, 2019 | May 13, 2019 |
| Reply Expert Reports | May 29, 2019 | June 14, 2019 |
| End of Expert Discovery | July 3, 2019 | July 26, 2019 |
| Dispositive/*Daubert* Motions | July 24, 2019 | August 6, 2019 |
| Responsive Briefs Due | August 7, 2019 | August 20, 2019 |
| Reply Briefs Due | August 16, 2019 | August 29, 2019 |

---

[1] The deadline for the completion of depositions does not apply to the depositions of Isao Ochiai or Ivo Vecera.

The parties agree that the extension of discovery shall be for the sole purpose of completing previously noticed depositions and for completion of follow-up discovery arising from disclosures of information after the February 5, 2019 fact discovery cutoff in this matter. The stipulated amended deadlines will not impact the September 24, 2019 hearing on dispositive motions, the January 10, 2019 pretrial conference or trial, which is set to start on February 10, 2020.

| | |
|---|---|
| ASHBY & GEDDES | FISH & RICHARDSON P.C. |
| /s/ *John G. Day* | /s/ *Warren K. Mabey, Jr.* |
| John G. Day (#2403) | Joseph B. Warden (#5401) |
| Andrew C. Mayo (#5207) | Warren K. Mabey, Jr. (#5775) |
| 500 Delaware Avenue, 8th Floor | 222 Delaware Avenue, 17th Floor |
| P.O. Box 1150 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 652-5070 |
| (302) 654-1888 | warden@fr.com |
| jday@ashbygeddes.com | mabey@fr.com |
| amayo@ashbygeddes.com | |
| | John W. Shaw (#3362) |
| *Attorneys for Plaintiffs* | Andrew E. Russell (#5382) |
| | SHAW KELLER LLP |
| | I.M. Pei Building |
| | 1105 North Market Street, 12th Floor |
| | Wilmington, DE 19801 |
| | (302) 298-0700 |
| | jshaw@shawkeller.com |
| | arussell@shawkeller.com |
| | |
| | *Attorneys for Defendant* |

SO ORDERED this _____ day of March, 2019.

_____
Chief Judge