## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ON SEMICONDUCTOR CORPORATION and SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>POWER INTEGRATIONS, INC.,<br><br>    Defendant. | C.A. No. 17-247-LPS-CJB |

### STIPULATION AND PROPOSED ORDER REGARDING EXTENSION OF CERTAIN CASE DEADLINES

The parties hereby stipulate and agree, subject to the Court's approval, that the deadlines for certain fact and expert discovery deadlines, which were previously ordered by the Court, be amended as follows:

| Event | Previous Deadline | Amended Deadline |
|---|---|---|
| Completion of depositions and follow-up discovery arising from disclosures after the February 5, 2019 fact discovery cutoff[1] | April 2, 2019 | April 10, 2019 |
| Opening Expert Reports | April 12, 2019 | April 17, 2019 |
| Rebuttal Expert Reports | May 13, 2019 | May 17, 2019 |

The parties agree that the extension of discovery shall be for the sole purpose of completing previously noticed depositions and for completion of follow-up discovery arising from disclosures of information after the February 5, 2019 fact discovery cutoff in this matter.

---

[1] The deadline for the completion of depositions does not apply to the depositions of Isao Ochiai or Ivo Vecera.

{01433871;v1 }

The stipulated amended deadlines will not impact the September 24, 2019 hearing on dispositive motions, the January 10, 2019 pretrial conference or trial, which is set to start on February 10, 2020.

| ASHBY & GEDDES | FISH & RICHARDSON P.C. |
|---|---|
| /s/ *John G. Day* | /s/ *Warren K. Mabey, Jr.* |
| John G. Day (#2403) | Joseph B. Warden (#5401) |
| Andrew C. Mayo (#5207) | Warren K. Mabey, Jr. (#5775) |
| 500 Delaware Avenue, 8th Floor | 222 Delaware Avenue, 17th Floor |
| P.O. Box 1150 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 652-5070 |
| (302) 654-1888 | warden@fr.com |
| jday@ashbygeddes.com | mabey@fr.com |
| amayo@ashbygeddes.com | |
| | John W. Shaw (#3362) |
| *Attorneys for Plaintiffs* | Andrew E. Russell (#5382) |
| | SHAW KELLER LLP |
| | I.M. Pei Building |
| | 1105 North Market Street, 12th Floor |
| | Wilmington, DE 19801 |
| | (302) 298-0700 |
| | jshaw@shawkeller.com |
| | arussell@shawkeller.com |
| | |
| | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2019.

_____
Chief Judge