IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ON SEMICONDUCTOR CORPORATION and SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC,<br><br>             Plaintiffs,<br><br>     v.<br><br>POWER INTEGRATIONS, INC.,<br><br>             Defendant. | C.A. No.  17-247-LPS<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' MOTION TO
PARTIALLY STAY CASE PENDING *INTER PARTES* REVIEWS**

Plaintiffs ON Semiconductor Corporation and Semiconductor Components Industries, LLC, respectfully move the Court to partially stay proceedings in this case, specifically as to U.S. Patent Nos. 6,337,788 and 6,456,475, until after the final disposition of the *inter partes* review proceedings that encompass all asserted claims of these patents.  Plaintiffs' Opening Brief in Support of Their Motion to Partially Stay Case Pending *Inter Partes* Reviews sets forth the facts and legal precedent in support of this motion.  A proposed order is attached.  Plaintiffs' counsel contacted Defendant's counsel regarding the substance of this motion pursuant to Local Rule 7.1.1, but Defendant did not respond to Plaintiffs' request to meet and confer.  Accordingly Plaintiffs do not know whether Defendant intends to oppose this motion.

{01458737;v1 }

*Of Counsel:*

Roger Fulghum
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX  77002-4995
(713) 229-1707

Nicholas Schuneman
Brett J. Thompsen
Mark Speegle
BAKER BOTTS L.L.P.
98 San Jacinto Blvd., Suite 1500
Austin, TX  78701-4078
(512) 322-2500

Colette Reiner Mayer
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304-1018
 (650) 813-5600

Dated:  June 13, 2019

ASHBY & GEDDES

/s/ *John G. Day*

_____
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Plaintiffs*