IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ON SEMICONDUCTOR CORPORATION, and SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC;<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>POWER INTEGRATIONS, INC.<br><br>　　　　Defendant. | C.A. No. 17-247-LPS-CJB |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, defendant Power Integrations, Inc. will take the deposition by oral examination of Stephen Becker.  The deposition will commence on July 31, August 1 and August 8, 2019 at 9:00 a.m. at Baker Botts LLP, 98 Jacinto Blvd, No. 1500, Austin, TX  78701, or at a date and location mutually agreed by counsel for the parties or ordered by the court.

PLEASE TAKE FURTHER NOTICE that the deposition will be taken before a duly authorized notary public or other officer authorized to administer oaths at deposition, will be recorded by stenographic and/or videographic means, and will continue from day to day until completed.

Dated: July 24, 2019

FISH & RICHARDSON P.C.

By: */s/ Warren K. Mabey, Jr.*
Warren K. Mabey, Jr. (#5775)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 652-5070
mabey@fr.com

Frank E. Scherkenbach
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
scherkenbach@fr.com

Michael R. Headley
Neil A. Warren
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
headley@fr.com
warren@fr.com

Attorneys for Defendant
POWER INTEGRATIONS, INC.