IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ON SEMICONDUCTOR CORPORATION, and SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC;<br><br>PLAINTIFFS,<br><br>v.<br><br>POWER INTEGRATIONS, INC.<br><br>DEFENDANT. | C.A. No. 17-247-LPS-CJB |

## ON SEMICONDUCTOR CORPORATION'S NOTICE OF DEPOSITION TO DR. ARTHUR KELLEY

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Plaintiffs ON Semiconductor Corporation and Semiconductor Components Industries, LLC (collectively "ON Semiconductor" or "Plaintiff") through their attorneys, will take the deposition of Dr. Arthur Kelley. This deposition will take place at the office of Fish & Richardson, P.C., 500 Arguello, Redwood City, California, commencing at 9:00 A.M., on July 31, 2019, and continuing thereafter day to day until completed. The deposition will be taken for all purposes permitted by the Federal Rules of Civil Procedure before an authorized court reporter and videographer.

{01471682;v1 }

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  |  |
|  | */s/ John G. Day* |
|  | _____ |
| *Of Counsel:* | John G. Day (#2403) |
|  | Andrew C. Mayo (#5207) |
| Roger Fulghum | 500 Delaware Avenue, 8th Floor |
| BAKER BOTTS L.L.P. | P.O. Box 1150 |
| One Shell Plaza | Wilmington, DE  19899 |
| 910 Louisiana Street | (302) 654-1888 |
| Houston, TX  77002-4995 | jday@ashbygeddes.com |
| (713) 229-1707 | amayo@ashbygeddes.com |
|  |  |
| Nicholas Schuneman | *Attorneys for Plaintiffs* |
| Brett J. Thompsen |  |
| Mark Speegle |  |
| BAKER BOTTS L.L.P. |  |
| 98 San Jacinto Blvd., Suite 1500 |  |
| Austin, TX  78701-4078 |  |
| (512) 322-2500 |  |
|  |  |
| Colette Reiner Mayer |  |
| MORRISON & FOERSTER LLP |  |
| 755 Page Mill Road |  |
| Palo Alto, CA  94304-1018 |  |
| (650) 813-5600 |  |

Dated:  July 25, 2019