IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ON SEMICONDUCTOR CORPORATION, and SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC;<br><br>PLAINTIFFS,<br><br>v.<br><br>POWER INTEGRATIONS, INC.<br><br>DEFENDANT. | C.A. No. 17-247-LPS-CJB |

**PLAINTIFFS' MOTION TO EXCLUDE EXPERTS UNDER *DAUBERT***

Plaintiffs ON Semiconductor Corporation and Semiconductor Components Industries, LLC (collectively "Plaintiffs" or "ON)" respectfully move, pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), for entry of an Order excluding certain expert testimony from Defendant Power Integrations, Inc.  The grounds for this Motion are set forth in the Opening Brief in Support, filed contemporaneously herewith.

{01474864;v1 }

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  |  |
|  | */s/ John G. Day* |
|  | _____ |
| *Of Counsel*: | John G. Day (#2403) |
|  | Andrew C. Mayo (#5207) |
| Roger Fulghum | 500 Delaware Avenue, 8th Floor |
| BAKER BOTTS L.L.P. | P.O. Box 1150 |
| One Shell Plaza | Wilmington, DE  19899 |
| 910 Louisiana Street | (302) 654-1888 |
| Houston, TX  77002-4995 | jday@ashbygeddes.com |
| (713) 229-1707 | amayo@ashbygeddes.com |
|  |  |
| Colette Reiner Mayer | *Attorneys for Plaintiffs* |
| Morrison & Foerster LLP |  |
| 755 Page Mill Road |  |
| Palo Alto, CA  94304-1018 |  |
| (650) 813-5600 |  |
|  |  |
| Nicholas Schuneman |  |
| BAKER BOTTS L.L.P. |  |
| 98 San Jacinto Blvd. |  |
| Austin, TX  78701 |  |
| (512) 322-2631 |  |

Dated: August 6, 2019